UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., and AMERICAN VALUES 2024, *Plaintiffs*, -v.- META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, MARK ZUCKERBERG, and JOHN DOES 1-10, *Defendants*. | Case No. 24-cv-02869  **PLAINTIFF AMERICAN VALUES 24's RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff American Values 24 ("AV24") states as follows:

1. AV24 has no parent corporation.

2. AV24 is not a publicly-held corporation or other publicly-held entity. AV24 has no stock, so no publicly-held corporation or entity owns any stock in AV24.

Dated: May 13, 2024.                                        Respectfully submitted,


_____/s/_____                           _____/s/_____

JED RUBENFELD                                              ROGER I. TEICH
(NY Bar # 2214104)                                          California State Bar No. 147076
(pro hac vice forthcoming)                              337 Liberty Street
1031 Forest Rd.                                                San Francisco, CA 94114
New Haven, CT 06515                                    Telephone:  (415) 948-0045
Telephone: (203) 432-7631                             E-Mail:  rteich@juno.com
E-mail: jed.rubenfeld@yale.edu


Attorneys for Plaintiff
American Values 24 (AV24)