# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., and AMERICAN VALUES 2024, *Plaintiffs*, <br><br> -v.- <br><br> META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, MARK ZUCKERBERG, and JOHN DOES 1-10, <br> *Defendants*. | Case No. 24-cv-02869 <br><br> **PLAINTIFFS' DECLINATION OF MAGISTRATE JUDGE JURISDICTION AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiffs in the above-captioned action, through their undersigned counsel, <u>decline</u> to have a United States Magistrate Judge conduct all further proceedings in this case, and hereby <u>request</u> that this case be reassigned to a United States District Judge.

Dated: May 13, 2024.

_____/s/_____

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven, CT 06515
Telephone: (203) 432-7631
E-mail: jed.rubenfeld@yale.edu

Attorneys for Plaintiff
American Values 2024

Respectfully submitted,

_____/s/_____

ROGER I. TEICH
California State Bar No. 147076
337 Liberty Street
San Francisco, CA 94114
Telephone: (415) 948-0045
E-Mail: rteich@juno.com

2

_____-s-_____

RICHARD JAFFE, ESQ.
California Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
Email: rickjaffeesquire@gmail.com

Attorney for Plaintiff Robert F. Kennedy, Jr.