| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (SBN 354361)<br>Ari.Holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>KYLE T. EDWARDS (SBN 323952)<br>Kyle.Edwards@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1061<br>Facsimile: (202) 235-1001<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, and MARK ZUCKERBERG | RICHARD A. JAFFE (SBN 289362)<br>770 L Street<br>Suite 950<br>Sacramento, CA 94804<br>Telephone: (916) 492-6038<br><br>*Attorney for Plaintiff*<br>ROBERT F. KENNEDY, Jr.<br><br><br>ROGER I. TEICH (SBN 147076)<br>290 Nevada Street<br>San Francisco, California 94110<br>Telephone: (415) 948-0045<br><br>JED RUBENFELD (*pro hac vice*)<br>1031 Forest Road<br>New Haven, CT 06515<br>Telephone: (203) 387-2605<br><br>*Attorneys for Plaintiff*<br>  AMERICAN VALUES 2024 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT F. KENNEDY, JR., AMERICAN VALUES 2024,<br><br>                Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., ET AL.,<br><br>                Defendants. | Case No.  3:24-cv-02869-WHO<br><br>**[PROPOSED] ORDER ON CIVIL STIPULATION REGARDING BRIEFING SCHEDULE, STAY OF DISCOVERY, AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. William H. Orrick |

CASE NO.: 3:24-CV-02869-WHO    [PROPOSED] ORDER ON STIPULATION RE BRIEFING SCHEDULE, STAY OF DISCOVERY AND CONT. CMC

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:  Defendants must file a consolidated motion to dismiss or otherwise respond to the Complaint by July 31, 2024, Plaintiffs must file a consolidated opposition to Defendants' motion to dismiss by September 11, 2024, and Defendants must file a consolidated reply to Plaintiffs' opposition by September 30, 2024.  The hearing on Defendants' motion to dismiss will be held in person on **October 16, 2024**.  All discovery in this case is STAYED, including the conference required by Federal Rule of Civil Procedure 26, unless and until the Court denies Defendants' motions to dismiss in whole or in part.  The Initial Case Management Conference is CONTINUED and will be rescheduled for a date following the Court's resolution of Defendants' motion to dismiss.

DATED:_June 17, 2024                                              By: _____
                                                                                William H. Orrick
                                                                                United States District Judge