1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   ARI HOLTZBLATT (SBN 354361)
6   Ari.Holtzblatt@wilmerhale.com
   ALLISON SCHULTZ (*pro hac vice*)
7   Allison.Schultz@wilmerhale.com
   NATHANIEL W. REISINGER (*pro hac vice*)
8   Nathaniel.Reisinger@wilmerhale.com
   WILMER CUTLER PICKERING
9    HALE AND DORR LLP
   2100 Pennsylvania Ave, NW
10 Washington, DC 20037
   Telephone: (202) 663-6000
11 Facsimile: (202) 663-6363

12 KYLE T. EDWARDS (SBN 323952)
    Kyle.Edwards@wilmerhale.com
13 WILMER CUTLER PICKERING
    HALE AND DORR LLP
14 One Front Street, Suite 3500
   San Francisco, CA 94111
15 Telephone: (628) 235-1061
   Facsimile: (202) 235-1001
16
   *Attorneys for Defendants*
17 META PLATFORMS, INC., FACEBOOK
   OPERATIONS, LLC, INSTAGRAM, LLC, and
18 MARK ZUCKERBERG

   RICHARD A. JAFFE (SBN 289362)
   428 J Street
   4th Floor
   Sacramento, CA 94804
   Telephone: (916) 492-6038

   *Attorney for Plaintiffs*
   ROBERT F. KENNEDY, JR., and
   JESSICA REED KRAUS

   JED RUBENFELD (*pro hac vice*)
   1031 Forest Road
   New Haven, CT 06515
   Telephone: (203) 387-2605

   *Attorney for Plaintiffs*
   AMERICAN VALUES 2024 and
   JESSICA REED KRAUS

   DEIRDRE L. GOLDFARB (SBN 222086)
   330 S. Spalding Drive Ste 105
   Beverly Hills, CA 90212
   Telephone: (310) 756-3164

   *Attorney for Plaintiff*
   AMERICAN VALUES 2024

19                      **UNITED STATES DISTRICT COURT**
20                     **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN FRANCISCO DIVISION**

21 
22 ROBERT F. KENNEDY, JR., AMERICAN
   VALUES 2024, JESSICA REED KRAUS,         Case No.  3:24-cv-02869-WHO
23
                    Plaintiffs,              **[PROPOSED] ORDER ON
24                                           STIPULATION REGARDING
          v.                                 BRIEFING SCHEDULE AND
25                                           HEARING ON MOTION TO DISMISS**
   META PLATFORMS, INC., ET AL.,
26                                           Hon. William H. Orrick
                    Defendants.
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: Defendants must file a consolidated motion to dismiss or otherwise respond to the First Amended Complaint by September 13, 2024, Plaintiffs must file a consolidated opposition to Defendants' motion to dismiss by October 18, 2024, and Defendants must file a consolidated reply to Plaintiffs' opposition by November 06, 2024. The hearing on Defendants' motion to dismiss will be held in person on November 20.

DATED: August 5, 2024     By: _____
                              William H. Orrick
                              United States District Judge