REDACTED VERSION

# EXHIBIT B

| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>KYLE T. EDWARDS (SBN 323952)<br>Kyle.Edwards@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1061<br>Facsimile: (202) 235-1001 | ARI HOLTZBLATT (SBN 354361)<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON M. SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>NATHANIEL W. REISINGER (*pro hac vice*)<br>Nathaniel.Reisinger@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |

*Attorneys for Defendants*
META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, and MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR., AMERICAN VALUES 2024,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., ET AL.,<br><br>Defendants. | Case No. 3:24-cv-02869-WHO<br><br>**DECLARATION OF ▇▇▇ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. William H. Orrick<br>Courtroom 02, 17th Floor<br>Date:  August 28, 2024<br>Time:  2:00 PM |

I, ▮▮▮▮▮▮ declare:

1. I have been employed by Meta Platforms, Inc. as a High Priority Escalations Specialist for over two years. In that role, I am responsible for identifying, preventing, and mitigating integrity and support risks across the Meta ecosystem, particularly during critical moments.

2. I submit this declaration in support of Meta's Opposition To Plaintiffs' Motion For A Preliminary Injunction. I have personal knowledge of the information contained in this declaration.

3. I have reviewed the history of Meta's enforcement actions on the Instagram user account @houseinhabit, which I understand to be the Instagram account of Plaintiff Jessica Reed Kraus.

4. A history of enforcement actions can affect the extent to which a user's content is recommended to other Instagram users.

5. I performed a search of all content posted by Reed Kraus to her Instagram user account for the keywords "RFK" and "Kennedy." There were no enforcement actions taken on Reed Kraus's Instagram user account for any of the content contained in that search.

6. I understand that Reed Kraus has stated that, on May 3, 2024, she was locked out of Instagram for about 30 minutes.

7. On May 3, 2024, Meta's automated systems determined that Reed Kraus violated Meta's policies against threats of physical harm when she posted the following on her Instagram user account: "* unfortunately I don't have time today to argue with you in DM's about Palestine and facemasks. All I'm saying is – if I show up on campus and see my kid in a facemask spray painting the school I broke my back to send him to, demanding vegan food and denouncing bagels, I'm spanking him in front of the whole student body, telling him to 'stop being an idiot.'"

8. Because the May 3, 2024 post violated Meta's policy against posts containing an aspirational intent to commit low severity violence, the post was automatically deleted, and her Instagram user account was placed into a "checkpoint."

9. A checkpoint temporarily restricts a user's access to their account.

10. Reed Krauss cleared the checkpoint and had access to her Instagram user account 12 minutes and 22 seconds after it was imposed.

11. The checkpoint was not imposed on Reed Kraus's Instagram user account for any post containing information about Plaintiff Kennedy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 5th day of August 2024 in Austin, Texas.

[signature redacted]

## CERTIFICATE OF SERVICE

I hereby certify that on August 06, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: August 06, 2024     By:   */s/ Sonal N. Mehta*
                                  Sonal N. Mehta

## ATTORNEY ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: August 06, 2024     By:   */s/ Sonal N. Mehta*
                                  Sonal N. Mehta