| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (SBN 354361)<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>NATHANIEL W. REISINGER (*pro hac vice*)<br>Nathaniel.Reisinger@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>KYLE T. EDWARDS (SBN 323952)<br>Kyle.Edwards@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1061<br>Facsimile: (202) 235-1001<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, and MARK ZUCKERBERG | RICHARD A. JAFFE (SBN 289362)<br>428 J Street<br>4th Floor<br>Sacramento, CA 94804<br>Telephone: (916) 492-6038<br><br>*Attorney for Plaintiffs*<br>ROBERT F. KENNEDY, JR., and<br>JESSICA REED KRAUS<br><br>JED RUBENFELD (*pro hac vice*)<br>1031 Forest Road<br>New Haven, CT 06515<br>Telephone: (203) 387-2605<br><br>*Attorney for Plaintiffs*<br>AMERICAN VALUES 2024 and<br>JESSICA REED KRAUS<br><br>DEIRDRE L. GOLDFARB (SBN 222086)<br>330 S. Spalding Drive Ste 105<br>Beverly Hills, CA 90212<br>Telephone: (310) 756-3164<br><br>*Attorney for Plaintiff*<br>AMERICAN VALUES 2024 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT F. KENNEDY, JR., AMERICAN VALUES 2024, JESSICA REED KRAUS,<br><br>            Plaintiffs,<br><br>      v.<br><br>META PLATFORMS, INC., ET AL.,<br><br>            Defendants. | Case No. 3:24-cv-02869-WHO<br><br>**CIVIL LOCAL RULE 7-12 STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS**<br><br>Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-12, Defendants Meta Platforms, Inc., Facebook Operations, LLC, Instagram, LLC, and Mark Zuckerberg (collectively "Defendants") and Plaintiffs Robert F. Kennedy, Jr., American Values 2024, and Jessica Reed Kraus (collectively "Plaintiffs") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint (Dkt. No. 1) on May 13, 2024;

WHEREAS, the parties filed a stipulation (Dkt. No. 22) on June 14, 2024, that (1) Defendants would file a consolidated motion to dismiss or otherwise respond to the Complaint by July 31, 2024; (2) Plaintiffs would file a consolidated opposition to Defendants' motion to dismiss by September 11, 2024; (3) Defendants would file a consolidated reply to Plaintiffs' opposition by September 30, 2024; (4) discovery, including the conference required by Federal Rule of Civil Procedure 26, will be stayed unless and until the Court denies Defendants' motions to dismiss in whole or in part; and (5) the Initial Case Management Conference will be rescheduled for a date following the Court's resolution of Defendants' motion to dismiss;

WHEREAS, the Court entered an order granting the stipulation (Dkt. No. 24) on June 17, 2024, and setting an in-person hearing on Defendants' motion to dismiss for October 16, 2024;

WHEREAS, Plaintiffs filed the First Amended Complaint (Dkt. No. 28) on July 23, 2024;

WHEREAS, Plaintiffs also filed a motion for a preliminary injunction (Dkt. No. 29) on July 23, 2024;

WHEREAS, to enable the parties and the Court to focus their attention on the preliminary injunction proceedings, the parties filed a stipulation (Dkt. 33) on August 2, 2024, that (1) Defendants would file a consolidated motion to dismiss or otherwise respond to the Complaint by September 13, 2024; (2) Plaintiffs would file a consolidated opposition to Defendants' motion to dismiss by October 18, 2024; and (3) Defendants would file a consolidated reply to Plaintiffs' opposition by November 6, 2024;

WHEREAS, the Court entered an order granting the stipulation (Dkt. 34) on August 5, 2024, and setting an in-person hearing on Defendants' motion to dismiss for November 20, 2024;

1   WHEREAS, the Court issued an order denying Plaintiffs' motion for a preliminary injunction on September 3, 2024 (Dkt. 47);

WHEREAS, to enable the parties to consider the Court's guidance in its order denying Plaintiffs' motion for a preliminary injunction, the parties have agreed, subject to the Court's approval, to extend the deadline for Defendants to file a consolidated motion to dismiss or otherwise respond to the First Amended Complaint to October 4, 2024;

WHEREAS, the parties have agreed that Plaintiffs will file a consolidated opposition to Defendants' motion to dismiss by November 8, 2024;

WHEREAS, the parties have agreed that Defendants will file a consolidated reply to Plaintiffs' opposition by November 26, 2024;

WHEREAS, subject to the Court's schedule, the parties jointly request that the hearing on Defendants' motion to dismiss be rescheduled to December 11, 2024, or another date thereafter that is convenient for the Court;

WHEREAS, the parties withdraw their joint request for an in-person hearing.

Dated: September 9, 2024

WILMER CUTLER PICKERING, HALE AND DORR LLP

By:  /s/ Sonal N. Mehta
     SONAL N. MEHTA

*Attorney for Defendants*
Meta Platforms, Inc., Facebook Operations, LLC, Instagram, LLC, and Mark Zuckerberg

Dated: September 9, 2024

By:  /s/ Richard A. Jaffe
     RICHARD A. JAFFE

*Attorney for Plaintiffs*
Robert F. Kennedy, Jr., and Jessica Reed Kraus

Dated: September 9, 2024

By:  /s/ Jed Rubenfeld
     JED RUBENFELD

*Attorney for Plaintiffs*
American Values 2024 and Jessica Reed Kraus

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: September 9, 2024            By:   */s/ Sonal N. Mehta*
                                                Sonal N. Mehta

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Administrative Motion and all attachments. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: September 9, 2024            By:   */s/ Sonal N. Mehta*
                                                Sonal N. Mehta