| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br> Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (SBN 354361)<br> Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br> Allison.Schultz@wilmerhale.com<br>NATHANIEL W. REISINGER (*pro hac vice*)<br> Nathaniel.Reisinger@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2100 Pennsylvania Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>KYLE T. EDWARDS (SBN 323952)<br> Kyle.Edwards@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1061<br>Facsimile: (202) 235-1001<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC., FACEBOOK OPERATIONS, LLC, INSTAGRAM, LLC, and MARK ZUCKERBERG | RICHARD A. JAFFE (SBN 289362)<br>428 J Street<br>4th Floor<br>Sacramento, CA 94804<br>Telephone: (916) 492-6038<br><br>*Attorney for Plaintiffs*<br>ROBERT F. KENNEDY, JR., and<br>JESSICA REED KRAUS<br><br><br>JED RUBENFELD (*pro hac vice*)<br>1031 Forest Road<br>New Haven, CT 06515<br>Telephone: (203) 387-2605<br><br>*Attorney for Plaintiffs*<br>AMERICAN VALUES 2024 and<br>JESSICA REED KRAUS<br><br><br>DEIRDRE L. GOLDFARB (SBN 222086)<br>330 S. Spalding Drive Ste 105<br>Beverly Hills, CA 90212<br>Telephone: (310) 756-3164<br><br>*Attorney for Plaintiff*<br>AMERICAN VALUES 2024 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT F. KENNEDY, JR., AMERICAN VALUES 2024, JESSICA REED KRAUS,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., ET AL.,<br><br>        Defendants. | Case No.  3:24-cv-02869-WHO<br><br>**[PROPOSED]** ORDER ON STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Hon. William H. Orrick |

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED**: The parties have entered a

3 stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This action is

4 dismissed.  The parties will bear their own fees and costs.

6 DATED:_September 18, 2024____        By: _____
7                                          William H. Orrick
                                         United States District Judge